GEORGE O. LORD, Appellant, *v.* CITIZENS' STEAMBOAT COMPANY, Respondent.

Reported below, 106 App. Div. 610.
(Submitted December 3, 1906; decided December 11, 1906.)

MOTION for leave to withdraw appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 9, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the ground that the appeal had been inadvertently taken, the form of the order of reversal precluding the Court of Appeals from reviewing the questions of law involved.

*Wray & Callaghan* for motion.

*Noble, Jackson & Hubbard* opposed.

Motion granted on payment, within ten days, of taxable costs, including argument fee. Upon failure to comply with these conditions, motion denied, with ten dollars costs.